IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | | |
|---|---|---|
| **CENTRAL LABORERS' PENSION,** | ) | |
| **WELFARE AND ANNUITY FUNDS**, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. 06-1048-MJR |
| | ) | |
| **KRI MIDWEST, INC.,** | ) | |
| **KERCELL D. PARKER,** individually, | ) | |
| and **ROBIN M. PARKER,** individually, | ) | |
| | ) | |
| Defendants | ) | |

## ORDER

THIS MATTER comes before the Court upon an Order to Show Cause and the Plaintiffs' Petition for Writ of Body Attachment. This Court having examined the records and being fully advised on the premises finds that KRI Midwest, Inc., by and through an authorized representative, Kercell Parker, individually, and Robin Parker, individually, were served with a subpoena for Citation Deposition on August 8, 2007, to appear before this Court on September 19, 2007, at which time the deposition was reset to November 20, 2007. KRI Midwest, Inc., by and through an authorized representative, Kercell Parker, individually, and Robin Parker, individually, were served with notice of the deposition on October 10, 2007, for the November 20, 2007 deposition for Citation to Discover Assets. On November 20, 2007, KRI Midwest, Inc., by and through an authorized representative, Kercell Parker, individually, and Robin Parker, individually, failed to appear at the deposition scheduled for November 20, 2007. On November 20, 2007 an Order to Show Cause was issued setting this matter for hearing on the Order to Show Cause for January 15, 2008. On December 7, 2007, KRI Midwest, Inc., by and through an authorized representative, Kercell Parker, individually, and Robin Parker, individually, were served with the Show Cause Order and hearing of January 15, 2008. On January 15, 2008, KRI

1

Midwest, Inc., by and through an authorized representative, Kercell Parker, individually, and Robin Parker, individually, failed to appear at the Show Cause Hearing.

**IT IS THEREFORE ORDERED** that Plaintiffs' Petition for Writ of Body Attachment **(Doc. No. 57)** is **GRANTED**. The Clerk of the Court shall issue a Writ of Body Attachment and same shall be delivered to the U.S. Marshal. Said Writ of Body Attachment will authorize the arrest of **Kercell Parker**, authorized representative of KRI Midwest, Inc., and individually, and **Robin Parker**, individually, and require each to be brought before this Court to Show Cause why each should not be held in contempt for failure to comply with the Court's Minute Order of November 20, 2007 **(Doc. 48)**.

**IT IS SO ORDERED.**

**DATED: January 28, 2008**

<u>**s/ Clifford J. Proud**</u>
**CLIFFORD J. PROUD**
**U. S. MAGISTRATE JUDGE**